# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERARD COLOMBINO,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE E. YOUNGMAN, et al.,<br><br>Defendants. | Civil Action No. 18-13709 (SDW) (SCM)<br><br>**ORDER**<br><br>January 24, 2019 |

**THIS MATTER** having come before the Court by way of *pro se* Plaintiff Gerard Colombino's ("Plaintiff") Motion for Default Judgment as against Defendants Catherine E. Youngman and The United States Department of Justice, Office of the United States Trustee ("Defendants"), and this Court having carefully reviewed and considered Plaintiff's submissions, and

**WHEREAS** Plaintiff has not sought entry of default from the Clerk of Court before filing the instant motion as set forth in Fed. R. Civ. P. 55(a); and

**WHEREAS** it is unclear whether Plaintiff served Defendants with the instant motion pursuant to Fed. R. Civ. P. 55(b), which provides that the party against whom a default judgment is sought, must be served with written notice of the application; and

**WHEREAS** Plaintiff did not provide the Court with any documents or affidavits to support the damages requested;

**IT IS, on this 24th day of January, 2019,**

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 4) is **DENIED**.

**SO ORDERED.**

/s/ Susan D. Wigenton
                                        **Hon. Susan D. Wigenton**
                                        **United States District Judge**

Orig:   Clerk
cc:     Steven C. Mannion, U.S.M.J.
        Parties